# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE DAWSON, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br> v.<br><br>BETTER BOOCH, LLC,<br><br>         Defendant. | Case No.: 23-cv-01091-DMS-DEB<br><br>**ORDER GRANTING IN PART JOINT MOTION TO EXTEND TIME TO RESPOND** |

Good cause appearing, the Court **GRANTS IN PART** the parties' joint motion. On or before **May 3, 2024**, Defendant shall either (a) file an answer, or (b) contact the chambers of the undersigned district judge at 619-557-6262 to schedule an informal conference if Defendant seeks to file a Rule 12(b) motion to dismiss. *See* Civil Pretrial & Trial Procedures of Judge Dana M. Sabraw ¶ 6(A), available at https://www.casd.uscourts.gov/judges/chambers-rules.aspx. The Court will set any briefing schedule and hearing date following the informal conference.

  **IT IS SO ORDERED.**

Dated: April 11, 2024

                           _____
                           Hon. Dana M. Sabraw, Chief Judge
                           United States District Court