AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:   (213) 933-2330
Fax:   (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
rhyde@awglaw.com

Attorneys for Defendant Better Booch, LLC

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE DAWSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETTER BOOCH, LLC,<br><br>Defendant. | Case No.:  3:23-cv-01091-DMS (DEB)<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BETTER BOOCH, LLC**<br><br>Date:  June 14, 2024<br>Time: 2:00 p.m.<br>Ctrm: 13A<br><br>Hon. Dana M. Sabraw |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 14, 2024, at 2:00 p.m., or as soon thereafter as may be heard by the Honorable Dana M. Sabraw, located at the United States Courthouse, 333 West Broadway, San Diego, California, Courtroom 13A, Defendant Better Booch, LLC's counsel of record, Amin Wasserman Gurnani, LLC (including William P. Cole, Matthew R. Orr, and Richard L. Hyde), will, and hereby does, move the Court for leave pursuant to Local Rule 83.3(f)(3) to withdraw as counsel for Defendant Better Booch, LLC.

This motion is made pursuant to Local Rule 83.3(f)(3), and in compliance with California Rule of Professional Conduct 3-700. The grounds for the motion are more fully set forth in the Memorandum of Points and Authorities, filed herewith.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Matthew R. Orr, the Declaration of Mariam Yusuf, the pleadings and files in this action, and such other matters as may be presented at or before any hearing on this motion.

Dated: May 3, 2024                **AMIN WASSERMAN GURNANI, LLP**

       /s/ *William P. Cole*
      William P. Cole

      *Attorney for Defendant Better Booch, LLC*

# CERTIFICATE OF SERVICE
(United States District Court)

I hereby certify that on the 3rd day of May, 2024, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *William P. Cole*
William P. Cole