AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (213) 933-2330
Fax: (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
rhyde@awglaw.com

Attorneys for Defendant Better Booch, LLC

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE DAWSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETTER BOOCH, LLC,<br><br>Defendant. | Case No.: 3:23-cv-01091-DMS (DEB)<br><br>**DECLARATION OF MATTHEW R. ORR IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BETTER BOOCH, LLC**<br><br>Hon. Dana M. Sabraw |

I, Matthew R. Orr, declare as follows:

1. I am an attorney with the law firm of Amin Wasserman Gurnani, counsel of record for Defendant Better Booch, LLC ("Defendant"). I am familiar with Amin Wasserman Gurnani's business and billing records pertaining to this matter and I have had many communications regarding this matter with Defendant. I make this declaration based on my personal knowledge and, if called to do so, could competently testify hereto.

2. Defendant has not met its agreement and obligations with respect to the payment of attorneys' fees incurred in the defense of this action, despite the passage of substantial time.

3. Copies of the Notice of Motion to Withdraw as counsel, and the supporting Memorandum and this declaration, are being served on Defendant (as well as counsel for Plaintiff).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed on May 3, 2024.

*/s/ Matthew R. Orr*
Matthew R. Orr

- 1 -
DECLARATION OF MATTHEW R. ORR IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BETTER BOOCH, LLC

**CERTIFICATE OF SERVICE**
(United States District Court)

     I hereby certify that on the 3rd day of May, 2024, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                          */s/ William P. Cole*
                                          William P. Cole