# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE DAWSON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BETTER BOOCH, LLC,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23-cv-01091 DMS DEB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

Defense counsel's motion to withdraw as counsel of record (ECF No. 23) has been filed in compliance with Local Civil Rule 83.3(f)(3). Good cause appearing, the Court **GRANTS** the motion. *See Bobbs v. Nat'l Claims Adjusters, Inc.*, No. 21-CV-1323 TWR (BGS), 2022 WL 17573921 (S.D. Cal. Nov. 8, 2022) (withdrawal of counsel appropriate where defendant has failed to pay counsel as agreed, there is no danger of prejudice, and plaintiff does not oppose).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk shall update the docket to reflect the withdrawal of the law firm Amin Wasserman Gurnani, LLP (including the individuals Matthew Orr, William Paul Cole, and Richard L. Hyde) as counsel of record for Defendant.
2. The Clerk shall vacate all pending hearings and deadlines.

3. Defendant shall obtain new counsel and file a notice of appearance **on or before July 8, 2024**.

4. Defense counsel shall immediately serve a copy of this order on Defendant and thereafter file a proof of service.

**IT IS SO ORDERED.**

Dated:  June 6, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court